IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:25-585 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| WILLIAM LARRY JAVIS, | ) | |
| a/k/a "LA" | ) | |

The Clerk of Court is hereby directed to issue a warrant for the defendant, WILLIAM LARRY JAVIS, a/k/a "LA," as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

April 16, 2025

Columbia, South Carolina

I SO MOVE:

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By: _____
Ariyana N. Gore (#13881)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Email Address: ariyana.gore@usdoj.gov