Case 3:25-cr-00585-CRI *SEALED*    Document 31    Filed 04/16/25    Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant                                      FID#2151600

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
UNITED STATES MARSHAL

3:00 pm, Apr 17 2025

DISTRICT OF SOUTH CAROLINA
COLUMBIA

| United States of America | ) | |
| v. | ) | Case No. 3:25-585 |
| | ) | |
| WILLIAM LARRY JAVIS | ) | |
| a/k/a " LA" | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    WILLIAM LARRY JAVIS, a/k/a "LA"    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Title 18, United States Code, Section 2
Title 18, United States Code, Section 924(d)(1)
Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), 843(b), 846
Title 21, United States Code, Section 856(a)(1)
Title 21, United States Code, Section 853
Title 21, United States Code, Section 881
Title 28, United States Code, Section 2461(c)

Date:    April 16, 2025

                                                        s/Mary Deal
                                                        *Issuing officer's signature*
                                                        ROBIN BLUME
                                                        CLERK OF COURT

City and state:    Columbia, South Carolina              *Printed name and title*

---

### Return

This warrant was received on *(date)* 4/17/25 , and the person was arrested on *(date)* 4/23/25
at *(city and state)* Columbia, SC

Date: 4/23/25

                                                        *Arresting officer's signature*

                                                        Russ Nolan Dice
                                                        *Printed name and title*

USCA4