Case 3:25-cr-00585-CRI *SEALED*   Document 39   Filed 04/16/25   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

FID#11794520

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

RECEIVED
UNITED STATES MARSHAL
3:03 pm, Apr 17 2025

DISTRICT OF SOUTH CAROLINA
COLUMBIA

United States of America
v.

Case No. 3:25-585

MARSHA BETH GURWITCH
*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MARSHA BETH GURWITCH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Title 18, United States Code, Section 2
Title 18, United States Code, Section 924(d)(1)
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(C)
Title 21, United States Code, Sections 846, 843(b), 853, 881
Title 28, United States Code, Section 2461(c)

Date: April 16, 2025

City and state:   Columbia, South Carolina

s/Mary Deal
*Issuing officer's signature*
ROBIN BLUME
CLERK OF COURT

*Printed name and title*

### Return

This warrant was received on *(date)* 4/17/25, and the person was arrested on *(date)* 4/23/25
at *(city and state)* Columbia, SC

Date: 4/23/25

*Arresting officer's signature*

TFO Jason Davidson
*Printed name and title*

USCA4